UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA DODD,

                    Plaintiff,

        -v-                                          CIVIL ACTION NO. 25 Civ. 3450 (JHR) (SLC)

                                                                    **ORDER**

STATE OF NEW YORK, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        The Court previously ordered Plaintiff Alexia Dodd to file a complaint by May 23, 2025.

(ECF No. 13).  She has not.  As a one-time courtesy, the Court sua sponte **EXTENDS** the deadline

for Ms. Dodd to file a complaint up to and including **June 2, 2025**.

        Ms. Dodd is **warned** that failure to file a complaint may result in dismissal of this case for

failure to prosecute.

Dated:        New York, New York
              May 27, 2025

                                                        SO ORDERED.

                                                        _____
                                                        SARAH L. CAVE
                                                        **United States Magistrate Judge**