UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA DODD,

                Plaintiff,

-v-

STATE OF NEW YORK,

                Defendant.

CIVIL ACTION NO. 25 Civ. 3450 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the initial conference held today, June 26, 2025, (the "Conference") it is ORDERED as follows:

1. Plaintiff's request for a preliminary injunction continues to be **HELD IN ABEYANCE**. (See ECF Nos. 1; 22; 23).

2. On or before **July 11, 2025**, Plaintiff shall (i) file a Second Amended Complaint or a letter stating that she declines the opportunity to file a Second Amended Complaint, and (ii) inform the Court whether she continues to seek a preliminary injunction and, if she does, file a memorandum of law in support of her request for a preliminary injunction. (See ECF No. 22).

3. On or before **August 1, 2025**, Defendant shall (i) answer, move, or otherwise respond to the operative complaint, and (ii) if Plaintiff filed a memorandum of law in support of her request for a preliminary injunction, file a memorandum of law in opposition.

4. On or before **September 5, 2025**, (i) if Defendant files a motion to dismiss the operative complaint, Plaintiff shall file her memorandum of law in opposition to Defendant's motion

to dismiss, and (ii) if Defendant files a memorandum of law in opposition to Plaintiff's request for a preliminary injunction, Plaintiff may file a memorandum of law in reply.

5. On or before **September 19, 2025**, Defendant may file a reply in further support of the motion to dismiss.

6. Plaintiff's request, made in writing and during the Conference, to direct Defendant to provide her with access to LexisNexis or Westlaw is **DENIED**. If in its briefing Defendant cites cases that are only available on LexisNexis or Westlaw, Plaintiff may request copies of those cases from Defendant. Plaintiff is otherwise responsible for procuring legal research resources.

7. On or before **July 2, 2025**, Defendant shall order a transcript of the Conference.

Plaintiff is reminded that there is a legal clinic in the Southern District of New York to assist parties in civil cases who do not have lawyers. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of or run by the Court and it cannot accept filings on behalf of the Court. The Clinic is located at the Thurgood Marshall United States Courthouse, 40 Centre Street, Room LL22, New York, New York 10007, which is just inside the Pearl Street entrance to the Courthouse. The Clinic is open on weekdays from 10:00 a.m. to 4:00 p.m., except on days when the Court is closed. An unrepresented party can make an appointment in person, by calling (212) 382-4794, or by emailing fedprosdny@nycbar.org.

Dated:        New York, New York
                June 26, 2025

SO ORDERED.

*/s/ Sarah L. Cave*

SARAH L. CAVE
**United States Magistrate Judge**