UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
ALEXIA DODD                                   :
                                              :
                          Plaintiff,          :        25 Civ. 03450 (JHR) (SLC)
                                              :
           -against-                          :
                                              :        **NOTICE OF MOTION**
STATE OF NEW YORK and the STATE               :
OF NEW YORK DEPARTMENT OF                     :
MOTOR VEHICLES,                               :
                                              :
                          Defendants.    :
-----------------------------------------------------X

PLEASE TAKE NOTICE THAT, on the accompanying memorandum of law and

the declarations of Lisa Anson, Michael Schiavo, and Teresa O'Shea, defendants shall move, this

Court, pursuant to Rules 12(b)(6) and 65 of the Federal Rules of Civil Procedure, at the

Courthouse, 500 Pearl Street, New York, New York, at a time to be determined by the Court, for

an order denying plaintiff's application for a preliminary injunction and dismissing the second

amended complaint, together with such further relief as the Court deems proper.


Dated: New York, New York
           August 22, 2025


                                   LETITIA JAMES
                                   Attorney General of the
                                     State of New York
                                   *Attorney for Defendants*
                                   By:


                                   *Clement J. Colucci*

                                   _____
                                   CLEMENT J. COLUCCI
                                   Assistant Attorney General
                                   28 Liberty Street
                                   New York, New York 10005
                                   (212) 416-8634
                                   Clement.Colucci@ag.ny.gov