UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ALEXIA DODD

              Plaintiff,

- against -

STATE OF NEW YORK and the
STATE OF NEW YORK DEPARTMENT OF
MOTOR VEHICLES

              Defendants.

-----------------------------------------------------------X

RECEIVED
SDNY PRO SE OFFICE

2025 OCT 15 AM 10: 15

25 Civ. 03450 (JHR) (SLC)

NOTICE OF CROSS MOTION

PLEASE TAKE NOTICE THAT, on the accompanying memorandum of law and the declaration of ALEXIA DODD, Plaintiff shall move this court for an order denying the Defendant's Motion to Dismiss and granting the Plaintiff's motion to amend the complaint, pursuant to Federal Rules of Civil Procedure 15(a)(2), to add reinstatement of my employment, front pay, and for retirement medical health insurance benefits together with such further or other relief this Honorable Court deems just and proper.

Staten Island, NY
October 15, 2025

Alexia Dodd
Plaintiff