UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA DODD,

                Plaintiff,

-v-

STATE OF NEW YORK, et al.,

                Defendants.

CIVIL ACTION NO. 25 Civ. 3450 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court is in receipt of Plaintiff Alexia Dodd's ("Ms. Dodd") submission at Dkt. Nos. 43–45 (the "Submission"). Although Ms. Dodd labels the Submission as a "Notice of Cross Motion" (Dkt. No. 43), the Submission appears to (i) respond to the motion to dismiss (Dkt. Nos. 41–42 ("Defendants' Motion")) filed by the State of New York and the State of New York Department of Motor Vehicles (together, the "Defendants") and (ii) further discuss Ms. Dodd's motion for a preliminary injunction (Dkt. No. 34 ("Ms. Dodd's Motion")). Accordingly, the Court construes the Submission as Ms. Dodd's response in opposition to Defendants' Motion and reply further discussing Ms. Dodd's Motion—not a cross-motion.

    Pursuant to the Court's Order at Dkt. No. 40, Defendants are reminded that their reply in further support of Defendants' Motion is due by **October 29, 2025**.

    The Clerk of Court is respectfully directed to close Dkt. No. 43.

Dated:    New York, New York
           October 20, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**