UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA DODD,

                        Plaintiff,

        -v-                                                          CIVIL ACTION NO. 25 Civ. 3450 (JHR) (SLC)

                                                                                    **ORDER**

STATE OF NEW YORK, et al.,

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held oral argument today, January 6, 2026, (the "Hearing"), to discuss Plaintiff Alexia Dodd's motion for a preliminary injunction, (Dkt. No. 34), and the motion to dismiss, (Dkt. Nos. 41–42), filed by Defendants State of New York and State of New York Department of Motor Vehicles (together, "Defendants").  (See Dkt. No. 50).

The Court **ORDERS** Defendants to order a copy of the Hearing Transcript online at https://www.sdreporters.com/ by **January 9, 2026**.


Dated:        New York, New York
              January 6, 2026                                  SO ORDERED.

                                                              _____
                                                              SARAH L. CAVE
                                                              **United States Magistrate Judge**