

**Office of the New York State
Attorney General**

**Letitia James
Attorney General**

---

May 11, 2026
**By ECF**
The Hon. Sarah L. Cave
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:  *Dodd v. State of New York et al.,*
>     No. 25-cv-3450 (JHR) (SLC)

Dear Judge Cave:

> The Court is in receipt of Defendants' response to Plaintiff's motion to amend her second amended complaint (Dkt. Nos. 62-64 (the "MTA")). (Dkt. No. 65).  Given that Defendants' do not oppose the MTA, the MTA is **GRANTED**.  The third amended complaint, (Dkt. No. 62 at 4-63 (the "TAC")) is the operative complaint in this case.
>
> The Court further **ADOPTS** the below proposed briefing schedule on Defendants' motion to dismiss the TAC.
>
> The Clerk of Court is respectfully directed to close Dkt. No. 63.
>
> SO ORDERED.    May 15, 2026
>
> SARAH L. CAVE
> United States Magistrate Judge

This Office represents defendants the State of New York and the New York State Department of Motor Vehicles ("DMV") (together, "Defendants") in the above captioned action. Defendants write in response to Plaintiff's motion to amend her complaint. *See* ECFs 62, 63, and 64. Defendants take no position on Plaintiff's motion to amend her complaint. However, Defendants reserve their right to move to dismiss the third amended complaint should the Court grant Plaintiff's motion to amend.

If the Court grants Ms. Dodd's motion to amend, Defendants propose the following briefing schedule for Defendants' renewed motion to dismiss:

- On or before June 11, 2026, Defendants shall file their motion to dismiss the Third Amended Complaint.
- On or before July 21, 2026, Plaintiff shall file her opposition to Defendant's motion to dismiss.
- On or before August 4, 2026, Defendants shall file their reply in support of their motion to dismiss the Third Amended Complaint.

The parties have conferred, and Plaintiff does not oppose Defendants' proposed briefing schedule.

Defendants thank the Court for its attention to this matter.

> Respectfully submitted,
>
> /s/ *Zachary Manley*
> ZACHARY MANLEY
> Assistant Attorney General
> 28 Liberty Street

---

Hon. Sarah L. Cave                                                          Page 2 of 2
May 11, 2026

New York, NY 10005
Tel: 212-416-6690
Zachary.Manley@ag.ny.gov

cc (by ECF): All parties