UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA DODD,

                Plaintiff,

              -v.-

STATE OF NEW YORK et al.,

                Defendants.

25 Civ. 3450 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

On April 25, 2025, Plaintiff Alexia Dodd, acting *pro se*, brought this action alleging violations of the Americans with Disabilities Act and seeking a temporary restraining order and preliminary injunction.  ECF No. 1.  On April 29, 2025, the Court referred this matter to Magistrate Judge Sarah L. Cave for general pretrial and dispositive motions.  ECF No. 5.  On May 8, 2025, Judge Cave denied Plaintiff's request for a temporary restraining order.  ECF No. 9.  On May 27, 2025, Plaintiff filed an Amended Complaint.  ECF No. 18.  Following an initial conference on June 26, 2025, Judge Cave directed Plaintiff to "file a Second Amended Complaint or a letter stating that she declines the opportunity to file a Second Amended Complaint" and to "inform the Court whether she continues to seek a preliminary injunction and, if she does, file a memorandum of law in support of her request for a preliminary injunction." ECF No. 25.  On July 17, 2025, Plaintiff filed a motion for a preliminary injunction, a memorandum of law in support, ECF No. 34, and a Second Amended Complaint seeking a declaratory judgment under 28 U.S.C. §§ 2201 and 2202, ECF No. 35.

On August 22, 2025, Defendants the State of New York and the State of New York Department of Motor Vehicles moved to dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  *See* ECF Nos. 41, 42.  Plaintiff filed an opposition to Defendants' motion to dismiss, in which she conceded that her motion for a preliminary

injunction was "moot before this Court because the Defendants terminated [her] employment," and the "preliminary injunction sought to stop the termination of my employment during the pendency of this action." ECF No. 45 ¶ 13. Defendants filed a reply in further support of their motion to dismiss. ECF No. 49.

Judge Cave heard oral argument on the motion for a preliminary injunction and motion to dismiss on January 6, 2026. *See* ECF No. 50. On January 27, 2026, Judge Cave issued a Report and Recommendation recommending that Defendants' motion to dismiss be denied and that the motion for a preliminary injunction be denied as moot. ECF No. 55. Defendants filed objections to the Report and Recommendation on February 17, 2026. ECF No. 59.

On April 10, 2026, Plaintiff filed a letter requesting permission to amend her Second Amended Complaint because she had received a Right to Sue Notice from the United States Equal Employment Opportunity Commission allowing her to bring suit under the Americans with Disabilities Act, the New York State Human Rights Law, and the New York City Human Rights Law. ECF No. 60. On April 14, 2026, Judge Cave ordered that Plaintiff could file, by April 28, 2026, a motion to amend the Second Amended Complaint and a redline comparing the Second Amended Complaint with the proposed Third Amended Complaint. ECF No. 61. On April 28, 2026, Plaintiff moved for leave to amend the Second Amended Complaint. ECF Nos. 62-64. Defendants did not oppose Plaintiff's motion to amend. ECF No. 65. On May 15, 2026, Judge Cave granted Plaintiff's motion to amend and adopted the Third Amended Complaint, ECF No. 62 at 4-63, as the operative pleading. ECF No. 66.

In addition to Plaintiff's claim for declaratory relief under 28 U.S.C. §§ 2201 and 2202, the Third Amended Complaint asserts claims under the Americans with Disabilities Act, 42 U.S.C. §§ 12101 *et seq*., the Rehabilitation Act, 29 U.S.C. § 794(a), and the New York City

2

Human Rights Law, N.Y.C. Admin. Code §§ 8-101 *et seq.* *See* ECF No. 62 at 4-63. Defendants moved to dismiss the Third Amended Complaint on June 11, 2026. ECF Nos. 67-68.

Accordingly, Defendants' motion to dismiss the Second Amended Complaint, ECF Nos. 41-42, is hereby DENIED as moot. Plaintiff's motion for a preliminary injunction, ECF No. 34, is also DENIED as moot. *See* ECF No. 45 ¶ 13; *supra* at 1.

The Clerk of Court is directed to terminate ECF Nos. 34, 41, and 42.

SO ORDERED.

Dated: June 30, 2026
      New York, New York

                                         JENNIFER H. REARDEN
                                         United States District Judge

3