UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEXIA DODD,

Plaintiff,

-v-

STATE OF NEW YORK, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 3450 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held oral argument on November 5, 2026 (the "Hearing") on the motion of Defendants State of New York and State of New York Department of Motor Vehicles (together, "Defendants") to dismiss the third amended complaint. (Dkt. No. 67–68 (the "Motion")). By **November 6, 2026**, Defendants shall order an expedited copy of the Hearing transcript (the "Transcript") by using the annexed form and selecting "Daily" service. Following receipt of the Transcript, the Court will issue a report and recommendation on the Motion in due course.

Dated: New York, New York
November 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: ____________________

| Case Caption | | |
|---|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
| | | |

**INDICATE SERVICE:**
(prices listed are per page)

| Daily $7.30 ◯ | 3 Day $6.55 ◯ | 7 Day $5.85 ◯ | 14 Day $5.10 ◯ | 30 Day $4.40 ◯ |
|---|---|---|---|---|

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

RESET | PRINT | SAVE | EMAIL